EXHIBIT

tabbies®

*C*

# Timeline of Significant Public Documents
# Related to
# Automotive Lap Belts

Prepared By:  Forensic Safety Group

In

1281-002

Thomas v. GM, Takata, et al.

March 10, 2011

1885    Belts used on horse drawn vehicles to prevent ejection.

        **Johannessen, H. George, "Historical Perspective on Seat Belt Restraint Systems," SAE Paper No. 840392, 1984**

1930    Several U.S. physicians equip their cars with lap belts and begin urging manufacturers to provide them in all new cars.

        **National Transportation Safety Board, "Performance of Lap Belts in 26 Frontal Crashes," NTSB/SS-86/03, 1986**

1951    Upper torso restraint was reportedly first proposed in 1903 and seriously tested in a four-point configuration by John P. Stapp in the early 1950s. Stapp concluded that the use of upper torso restraint increases whole body tolerance limits.

        **Stapp, J.P., "Human Exposure to Linear Decelerations, Part 2. The Forward Facing Position and the Development of a Crash Harness," 1951**

1956    "Intra-Abdominal Injury From Safety Belt in Auto Accident," American Medical Association - Archives of Surgery, 73:970-971, 1956

1958    Patent awarded to Mr. Nils Bohlin for three-point belt system.  Patent No. 227568, I. Bohlin, AB Volvo, August 29, 1958  .

1961    "...the single lap strap does not comply with (the minimum performance requirements Swedish experts consider essential) ...it does not maintain the occupant in a upright position, it does not protect the head and the thorax, and does not hold the vital body parts together within the car during an accident."

        **Aldman, B., "The Value of the Automobile Safety Belt," Vol. IX, No. 2, Spring 1961**

1961    "Seat Belt Syndrome" first coined by Garrett and Braunstein in presentation to the 21st Annual Session of the American Association of Surgery and Trauma in Chicago, Illinois.

        **"The Seat Belt Syndrome" Journal of Trauma, 2:220-238, 1962**

1962    Report concludes that the arcing trajectory, as the body goes forward to the limits of the belt and then jackknifes over the belt, is significantly great, so that if the torso is not also restrained, the lap-belted occupant will almost certainly strike any forward structure.

> Swearingen, J.J., et al., "Kinematic Behavior of the Human Body During Deceleration," Civil Aeromedical Research Institute, Federal Aviation Agency, Oklahoma City, OK, Report No. 62-13, 1962

1962    "..the method of protection of occupants of automotive vehicles must be as simple as possible and yet effective" and "...without impact the occupant must be decelerated in an upright posture. This requires the use of an upper restraint in combination with the lap restraint."

> Aldman, B., "Biodynamic studies on impact protection", Acta Physiologica Scandinavia, Vol. 56, Supplementum 308, 1962.
>
> Cited in Y. Håland, "The Evolution of the Three Point Seat Belt from Yesterday to Tomorrow", Proceedings of 2006 International IRCOBI Conference on the Biomechanics of Impact (Madrid, 2006) pp. 3-15.

1963    "...while lap belts can save thousands of lives ... substantial further increases in protection will probably require use of upper body restraint in addition to pelvic restraint."

> Campbell, B.J., and Kihlberg, J.K., "Seat Belt Effectiveness in the Non-Ejection Situation," Proceedings of the Seventh Stapp Car Conference, 1963

1963    "In view of the data available with regard to the limitations of protection afforded by lap belts as they are used today, the addition of the shoulder belt would appear as inevitable."

> Hausler, R., "Automotive Manufacturers Approach to Automotive Safety," Proceedings of the Seventh Stapp Car Conference, 1963

1963    "Splenic Rupture Due to Improper Placement of Automobile Safety Belt," JAMA, 183:693 (February, 1963). [Reprinted in Trauma, 11:5:103-105, February, 1970].

1964    "An Unusual Injury Due to the Seat Belt," Trauma, 4:397-399 (1964).

1964    "The Automobile Seat Belt and Abdominal Injury," Surgery, Gynecology & Obstetrics, 119:591-592 (September, 1964).

1964    "An extremely wide range of motion, and potential injury, is still available to the head of the (lap) belted motorist. Upper torso control and restraints, in addition to the (lap) seat belt, are needed."

**Campbell, HE, "Thirty-three Fatal Crashes with Seat Belts," Rocky Mountain Medical Journal, Vol. 61, No. 8, p27-32, 1964**

1965        "The Seat Belt Syndrome - Does It Exist?," The Journal of Trauma, 5:746 (1965).

1965        "Seat Belt Hernia," JAMA 194:239-241 (1965).

1965        "Seat Belt Injuries and Legal Aspects," Industrial Medicine & Surgery, 34:866-869 (1965). [Read at the 40th Anniversary Congress of the Pan American Medical Association, Miami Beach, Florida, April 29-May 2, 1965].

1965        The General Services Administration (GSA) published its Federal Standards Part 515 - General Safety Devices for Automotive Vehicles, which applied to vehicles purchased for use by the federal government. Standard 515/1 was "Anchorages For Seat Belt Assemblies For Automotive Vehicles." Part S3.2.1 - General, stated that "Anchorages shall be provided for Type 1 seat belt assemblies for each occupant for which a seat is designed, and anchorages for Type 2 or Type 2a seat belt assemblies shall be provided for at least each outboard front seat occupant for which the vehicle is designed." (pg. 8319)

1965        "Fulcrum Fractures of the Lumbar Spine," JAMA, 193:3:140-141 (July 19, 1965).

1965-66     "Unusual Abdominal Injuries Due to Seat Belts," Journal of the Albert Einstein Medical Center, Vols. 13-14 (1965-1966). [Reprinted in Trauma, 11:6:57-5874-76, April, 1970].

1966        "The Automotive Safety Belt: In Saving a Life May Produce Intra-Abdominal Injuries," Journal of Trauma, 6:3:303-315 (1966).

1966        "...a comparison is presented of the forces, accelerations and kinematics of an anthropomorphic dummy for identical sled impacts for unrestrained, lap-belted, and lap and diagonal chest restrained conditions." On page 81 under "Discussion and Analysis" it is stated that "the effect of distributing the force over a greater part of the body by means of the combined lap and diagonal chest belt is illustrated in Figure 2. For the 10 mph, lap belt only run, the total force on the lap belt is approximately 1,400 lbs, while for the 10 mph, lap and diagonal chest, the total lap load is approximately 900 lbs. For the 20 mile per hour, lap belt only run, the total lap belt load was approximately 3,500 lbs, while the lap belt load for the seat belt and diagonal chest belt condition was 2,000 lbs. Thus, in addition to minimizing or eliminating impact forces to the vehicle interior, the combined restraint system appreciably reduces the forces in the lap belt."

**Patrick, L.M.,  Mertz, H.J., Jr., (Wayne State University) and Kroell, C.K. (Research Laboratories, GM), "Impact Dynamics of**

**Unrestrained, Lap Belted, and Lap and Diagonal Chest Belted Vehicle Occupants," 1966**

1966    "...I think shoulder belts are just as important for rear seat passengers as for front seat passengers. When the whole subject of shoulder belts was broached, it was decided to offer them for the seats most frequently occupied, and get them going. However, I believe that the shoulder belt is important for the rear seat too, and it will be there."

**Roy Haeusler, Chief Engineer for Automotive Safety, Chrysler Corporation, "The Vehicle and Safety" presentation at "Traffic Safety - A National Problem" symposium sponsored by the National Academy of Engineering, Washington, D.C., April 28, 1966**

1966    Crash tests using dummies indicate that head and chest injuries may occur when occupants wear only a lap belt, but that these injuries may be prevented by the addition of some form of upper torso restraint.

**Vulcan, AP, "Review of the Relative Merits of Various Types of Motor Vehicle Seat Belts", Australian Road Research, Vol. 2, No. 8, pp. 33-40, June 1966**

1966    "...in addition to minimizing or eliminating impact forces [from striking] the vehicle interior, [the lap-shoulder belt] ... appreciably reduces the forces in the lap belt [against the abdomen]."

**Patrick et al., "Impact Dynamics of Unrestrained, Lap Belted and Lap and Diagonal Chest Belted Vehicle Occupants," 10th Stapp Conference, 1966**

1966    "Lumbar Fracture-Dislocation," The Journal of Bone and Joint Surgery, 48A:4:712-730 (June, 1966).

1966    "The Seat Belt Syndrome: Sigmoid Colon Perforation," submitted for publication October 17, 1966.

1966    "A Type 2 seat belt assembly that conforms to FMVSS 209 shall be installed in each outboard passenger car seat position that includes the windshield header within the head impact area."  And FMVSS 210 - Seat Belt Anchorages - Passenger Cars - stated on S4.1 - Type. "Anchorages for a Type 1 or Type 2 seat belt assembly shall be provided for each designated seating position in accordance with Table I (See Attached)." Table I stated that for "Forward-Facing Seats ... Outboard Position required a Type 2. Inboard Position a Type 1". It did not specify outboard to the front or rear seating positions.

**Proposed initial Federal Motor Vehicle Safety Standards (FMVSS) issued by the Department of Commerce.  FMVSS 208 - Seat Belt Installations - Passenger Cars, [S3.1.1, 31 FR 15212, December 3, 1966]**

1966    In response to the proposed new Federal regulations on seat belts for motor vehicles, several US automakers opposed any requirement for shoulder belts in automobiles, even in the front seating positions.

**NTSB report "Performance of Lap Belts in 26 Frontal Crashes", NTSB/SS-86/03, page 31, 1986**

1967    "Intra-Abdominal Injuries Caused by Automobile Seat Belts," JAMA, 201:735-737 (1967).

1967    "A New Pattern of Spine Injury Associated with Lap-Type Seat Belts: A Preliminary Report," University of Michigan Medical Center Journal, 33:3:99-104 (May-June, 1967).

1967    The National Highway Safety Bureau (now NHTSA) issued a final rule on January 31, 1967, mandating the installation of lap belts and shoulder harnesses in the front seats of passenger vehicles.

**32 FED. REG. 2408, January 31, 1967**

1967    The Department of Commerce issued its initial Federal Motor Vehicle Safety Standards (FMVSS). FMVSS 208 and FMVSS 210 stayed the same except for the exclusion of convertibles. The effective date was January 1, 1968.

**32 FR 2408, February 3, 1967**

1967    "Seat Belt Trauma to the Abdomen," American Journal of Surgery, 113:346-350 (March, 1967).

1967    "Intestinal Perforation and Fracture of Lumbar Vertebra Caused by Lap-Type Seat Belt," New York State Journal of Medicine (April 1, 1967).

1967    "Seat-Belt Fractures of the Spine and Sternum," JAMA, 200:2:177-178 (April 10, 1967).

1967    In the Discussion section, the authors state of the lap belt that "...it has the disadvantage of allowing the head and thorax to swing free in a 'jack-knife' motion during impact..."  Also, "The use of lap belt only, while generally preventing ejection, cannot provide adequate protection to a seated occupant since the upper body components (e.g. head) are free to move during abrupt decelerations and strike surrounding structures."  Finally, in the Summary

section, the authors state that "...With increasing usage of belts by automotive occupants, a pattern of injuries directly attributable to impingement on the belt itself is becoming evident."

> **Snyder, R.G, et al., (Ford Motor Company), "Seat Belt Injuries in Impact",  Presentation at the Symposium on The Prevention of Highway Injury, The University of Michigan Medical School, Highway Safety Research Institute, Ann Arbor, Michigan, April 21, 1967**

1967    "Our conclusion, based upon review of the available epidemiological and clinical studies of accidents, reinforced by our experimental data, is that a properly worn, three-point system clearly protects the occupant better than a lap-belt-only system."

> **Richard Snyder (Manager, Biomechanics Department), internal Ford Motor Company Engineering Memorandum to John Versace, re: "Protection offered by shoulder belt (3-point system)," September 19, 1967**

1967    Describes case studies as examples of the "seat belt syndrome."

> **Witte, C.L., USAF Hospital, Scott Air Force Base, "Mesentery and Bowel Injury from Automotive Seat Belts", October 2, 1967**

1968    Huelke and Gikas recognized shoulder belts as "a safety feature that should prevent fatal injuries and reduce the seriousness of any injuries that may be sustained by flexing over a seat belt."

> **Journal of American Medical Association, 203:1106, 1968**

1968    Federal Motor Vehicle Safety Standard (FMVSS) 209, went into effect. Paragraph S3 defines "pelvic restraint" as a seat belt assembly or portion thereof intended to restrain movement of the pelvis. Paragraph S4.1(b) further requires that "...the pelvic restraint shall be designed to remain on the pelvis under all conditions, including collision or roll-over of the motor vehicle."

Performance requirements for fit and adjustment in the standards require that occupants ranging from a 50th percentile 6-year-old child through the 95th percentile adult male be accommodated by the pelvic restraint.

A lap/shoulder belt restraint system for the front outboard seating positions was required but the auto manufacturers were given a choice of using either a lap/shoulder belt or a lap-belt-only system in the rear outboard seating positions. Every domestic auto manufacturer opted for the lap-belt-only alternative.

1968        "Seat Belt Injuries," Archives of Surgery, 96:242- 246 (February, 1968).

1968        "Lap Seat Belt Injuries; The Treatment of the Fortunate Survivor," Michigan
            Medicine (February, 1968). [Reprinted courtesy of Journal of Neurosurgery,
            22:11:141-154 (1965).

1968        "Mesentery and Bowel Injury from Automotive Seat Belts," Annals of Surgery,
            167:4:486-492 (April, 1968).

1968        The Abstract states that "...primary objective of an automotive restraint system
            is to reduce injury potential of car occupants. This is partially accomplished by
            attaching the occupant to the vehicle passenger compartment. Test results have
            shown that performance of the lap belt, one of the most common components
            of a restraining system, is affected by the angle and belt loop length." In the
            paper by Louton and Ruster, it is noted that General Motors first introduced a
            restraint system in the 1956 model year, which was a combination lap belt and
            shoulder harness, available as a dealer installed option. "Since the first harness
            was introduced in 1956, the system has been improved to encourage usage. The
            most notable innovations have been the development and introduction of
            various types of belt retractors and buckles." In a section entitled "Public
            Education," the authors state that public acceptance of seat belts has been slow
            and that even though the need for belts is well established, that people object to
            them, and some fear being trapped in an accident. A public information program
            was conducted to promote the use of belts through newspapers, radio,
            television, and other communication media. The industry has sponsored various
            safety studies, both individually by company and through the Automobile
            Manufacturers Association. GM advertising and commercials show and promote
            lap and shoulder belt usage. In spite of these publicity and promotional efforts,
            recent studies indicate only 30-35 percent of the people with seat-belt-equipped
            cars use them regularly. "Thus, with the safety effectiveness of the belt restraint
            system so well documented in accident studies, one of the product designer's
            primary tasks is to refine the system for increased customer acceptability." The
            authors then describe a single buckle system, in which the three-point belt
            would consist of a lap/shoulder belt combination utilizing a single buckle,
            anchored to the body structure at three-points, noting that it would be "more
            convenient". Noting that this is used extensively in foreign cars, the authors go
            on to state that, unlike foreign cars, most American vehicles have bench seats
            which require provision for seat adjustment in both the lap and shoulder belt
            portions of the restraint system; further noting that with the use of a
            single-buckle system, it is important that the buckle be positioned as low as
            possible on the occupant's hip. If the buckle is in a higher position, the shoulder
            belt could pull the lap belt into the abdominal area, creating the possibility of
            injury under severe loading.

The authors then state that "seat mounted belts," in which the lap and shoulder belts would be mounted to the seat structure is one possible approach for integrating the various restraint functions in a more compact package.

Under the section entitled "Conventional Restraint Systems":
"The lap belt represents one technique of attaching the occupants to the vehicle. It does this by applying to the occupant's pelvic structure a large portion of the force necessary to decelerate him. If the restraining forces are applied correctly, the pelvic bone is capable of withstanding a load in excess of 5,000 pounds. However, if the crest of occupant's pelvic structure, or ilium, slides under the lap belt, the load being previously imposed on the ilium is transferred to the vulnerable abdominal cavity. This phenomena, commonly referred to as "submarining," has been documented by field accident data to have produced serious lumbar spine and internal injuries. Hence, in designing an effective lap belt restraint, the following two occupant reaction parameters should be minimized:
1. lower torso or "H" - point displacement; and 2. occupant submarining tendency.
These parameters should be considered at the design stage by the selection of proper lap belt anchor locations. Unfortunately, adjusting the lap belt angle with respect to the horizontal to produce optimum conditions for one parameter can tend to have adverse effects on the other. The selection of an optimum built angle is a compromise of these two parameters and in many cases is also affected by the physical limitations of the vehicle.

The authors then state that GM has conducted a series of simulated 30 mph forward barrier impact tests to investigate the effects on occupant kinematics resulting from changes in lap belt angle. A graph describes the relationship between submarining tendency and lap belt angle. "The steeper built angle increases the vertical component of lap belt load which in turn tends to trap the lap belt under the anterior superior spine of the dummy's ilium."

Referring to the anterior superior iliac spine "...this protrusion is partially responsible for preventing the ilium from sliding under the lap belt. The relative size of this protrusion, therefore, has a definite effect on occupant 'submarining'."

The authors then go on to discuss the addition of a shoulder harness. "A second step of more closely restraining the occupant to the vehicle is to provide a restraining force for the occupant's upper torso. The addition of a single diagonal shoulder belt used in conjunction with a lap belt assembly represents one of the common means of restraining both the lower and upper torso. This is referred to as a Type 2a Restraint System." The authors note that "the proper application of lap belt load forces on the pelvic structure becomes more difficult. When only

a lap belt is used, the forward rotation of the occupant's torso tends to trap the lap belt below the crest of the ilium, thereby reducing its 'submarining' tendency. However, when this motion is attenuated, the 'submarining' tendency is increased. In addition, if the upper shoulder belt anchor location is lower than the occupant's shoulder, a downward force is produced on the occupant's torso, tending to force the pelvis under the lap belt. The combined effects of these two phenomena tend to increase the 'submarining' tendency of the occupant."

>  **Louton, J.C., and Ruster, T.W.,  "Restraint Systems, Design and Performance Parameters," Proceedings of the Automotive Safety Seminar, GM Safety Research and Development Laboratory, July 11-12, 1968**

1968   "Seat Belt Injuries," British Medical Journal, (July, 1968). [Reprinted in Trauma, 11:6:102-104 (April, 1970)].

1968   "Injuries From Seat Belts," JAMA, 205:5:107-110 (July 29, 1968).

1968   "Pathology of Trauma Attributed to Restraint Systems in Crash Impacts," Aerospace Medicine, 812- 829 (August, 1968).

1968   "The combination lap and shoulder belt spreads the forces of the crash over a larger area of the body then does a simple lap belt, and reduces upper torso movement."

>  **Harland, Dr. R.E., "Lap-Shoulder Belt Offers Safety Advantage," Journal of the American Society of Safety Engineers, Vol. 13, #9, September, 1968**

1968   "...when used alone, the vehicle lap belt is not the optimum type of child restraint during impact conditions because it does not provide sufficient support to prevent hyperflexion of the upper torso."

>  **Rogers, R.A., and Silver, J.A., GM Proving Grounds, "Elements of an Effective Child Restraint System," SAE Paper No. 680776, 1968**

1968   "Seat Belt Fractures," Radiology, 91:517-518 (September, 1968).

1968   In Williams and Kirkpatrick's presentation on "the nature of seat belt injuries," delivered to the Annual Meeting of the American Association of Surgery of Trauma, came the medical profession's most forceful recommendation to incorporate shoulder harnesses:

The three-point belt has been the most effective restraining device in attenuating occupant injury ... It can be seen that the combination of lap and

shoulder restraint system gives the greatest protection against injury ... On the basis of this study, a combination shoulder and lap restraint system is most effective in preventing injury and mortality.

The October, 1968 recommendation was originally published in the Proceedings of the Stapp Car Crash Conference in November of 1970. Four of the sixteen members of the Stapp Conference Advisory Committee were representatives of Chrysler, Ford, General Motors and American Motors.

**Williams and Kirkpatrick, "The Nature of Seatbelt Injuries," J. Trauma, 11:214-216 (1971). Presentation, 1968**

1968        "Seat-Belt Injuries," British Medical Journal, 4:485-486 (November 23, 1968).

1968        "The Seat Belt Syndrome," The American Journal of Surgery, 116:831-833 (December, 1968).

1969        Sweden requires passenger cars to be equipped with three-point belts in the outboard seating positions.

**Lundell, B., et al., Volvo Corporation, "Improving Rear Seat Safety - A Continuing Process," 1969**

1969        "...surveys the present status of automotive occupant restraint systems and suggests how current problems may influence future design."

**Snyder, R.G., "A Survey of Automotive Occupant Restraint Systems: Where We've Been, Where We Are and Our Current Problems," SAE Paper No. 690243, 1969**

1969        The authors discuss that "Improper positioning of the lap belts produces serious intraabdominal injury, especially in the case of rear seat passengers." The paper fails to recognize that similar injuries can result from poor seating and restraint system designs that allow submarining of the rear seat occupant.

**Huelke, D.F. and Chewning, W.A., "Comparison of Occupant Injuries With and Without Seat Belts," SAE Paper No. 690244, 1969**

1969        "Seat Belt Injury: Injury of the Abdominal Aorta," American Journal of Roentgenology, 92:123-124 (1969).

1969        Steckler and Epstein recognized "severe trauma to the lumbar spine" as an integral part of the "seat belt syndrome" and as "another injury pattern directly related to the wearing of a lap-type seat belt at the time of collision."

**Journal of Trauma, 9:508-513, 1969**

1969    The authors describe a study of 24 lumbar spine injuries sustained by lap-belted occupants, which exposed a "...transverse type of lumbar fracture, which is extremely rare in unbelted individuals..."

**Smith, W.S., and Kaufer, H., "Patterns and Mechanisms of Lumbar Injuries Associated with Lap Seat Belts," [publication unidentified may be Journal of Bone & Joint Surgery], Vol 51-A, No. 2, March 1969**

1969    "Seat Belt Trauma to the Abdomen," Trauma, 6:34 (April, 1969) and Canadian Journal of Surgery, 12:202-206 (April, 1969).

1969    The authors present eight cases of abdominal injuries due to the use of lap belts.

**Traylor, F.A., Morgan, W.W., Lucero, J.I., and Owens, J.C., "Abdominal Trauma from Seat Belts," The American Surgeon Vol. 35, No. 5, pp. 313-6, May 1969**

1969    "Seat Belt Spinal Fractures," The American Surgeon, 35:9:617-618 (September, 1969).

1970    Refers back to the first documented case in the medical literature involving a seat belt injury (Kulowski, 1956) as a basis for the injuries described in this document.

**Williams, S.J., "The Nature of Seat Belt Injuries," SAE Paper No. 700896, 1970**

1970    "The Seat Belt as a Cause of Injury," Marquette Law Review, 53:211-228 (1970).

1970    "Unusual Abdominal Injuries Due to Seat Belts," Trauma, Vol. 11 (April, 1970).

1970    "Serious Seat Belt Injuries," Rocky Mountain Medical Journal, (May, 1970).

1970    National Highway Safety Bureau (now NHTSA) issued a Notice of Proposed Rulemaking (NPRM) which specified performance requirements for vehicle occupant protection. The primary goal was to introduce passive occupant protection. The agency proposed interim standards for "active" occupant protection systems, calling for all passenger cars manufactured after January 1, 1972, without passive protection systems to have seat belts assemblies at all seating positions "including upper torso restraints."

The manufacturers' response was that the reliability of the passive systems had not been proven, nor had their expense. Further, they argued that requiring rear

shoulder belts as an interim protection system would be a waste of resources. General Motors' comment (69-07-N-040085):

"General Motors believes that the special requirements applicable to passenger car seat belt systems should be deleted ... until appropriate requirements for passive restraint systems become effective."

GM also stated that "...a lap and shoulder belt combination ... for each normal seating position is actually a regression in safety performance." GM claimed that incorporation of lap and shoulder belts would force people who were wearing a lap-belt-only to choose between using no restraint and using the lap/shoulder restraints:

"...it seems logical to conclude that some people who normally use lap belts would not use the proposed system because of discomfort of the shoulder belt portion of the system. Women especially fall into this category due to their physique and aversion to wrinkled clothing."

GM also asserted that the requirements would preclude the use of restraint systems for infants and certain small-sized children and adults:

"...the proposed three-point system would either prevent proper attachment of [infant carrier and child seats] to the vehicle or interfere with their dynamic performance..."

"In addition, there is a segment of the population too large for the child seat yet smaller than the 5th percentile female which can be safely restrained by a Type 1 lap belt only. General Motors does not recommend use of shoulder belts by occupants less than 4'7" tall because of the possibility of neck injury. Therefore, this segment of the population would be forced to use a system which could cause injury, or alternatively, this group would be excluded from active restraint protection.

In GM's proposed re-writing of the standard, the reference to rear shoulder belts was deleted entirely.

**Notice of Proposed Rule Making, Docket 69-7, Notice 4, 35 FR 7187, May 7, 1970**

1970   The National Highway Traffic Safety Administration publishes a proposed standard requiring, among other things, rear seat lap-shoulder belt systems.

**Docket 68-7, Notice 4, 35 FR 7187, (Rear-Seat Lap-Only Belts: Stall Standard In U.S. Cars), May 2, 1970**

1970    "Combined Visceral and Vertebral Injuries From Lap Type Seat Belts," Surgery, Gynecology & Obstetrics, pp. 431-435 (September, 1970).

1970    "Flexion Fracture of the Lumbar Spine Due to Lap-Type Seat Belts," California Medicine, The Western Journal of Medicine, (September, 1970).

1970    National Highway Safety Bureau (now NHTSA), on the basis of comments and information received after the May 7, 1970 Notice, published another Notice of Proposed Rulemaking (Docket 69-7, Notice 6:35, FR14941) which proposed modified requirements for the interim systems effective January 1, 1972. The passenger car manufacturers would be given three options under which occupant crash protection could be provided for vehicles manufactured on or after January 1, 1972. The third option was for an "improved combination of lap and shoulder belt systems in the front outboard seating positions, with lap belts in other positions."

The manufacturers had been successful in lobbying against, among other things, rear seat lap/shoulder restraints. NHTSA did not again address rear seat shoulder belts until June 1, 1987 (52 FR22818), when, under pressure following publication of the NTSB "Safety Study - Performance of Lap Belts in 26 Frontal Crashes" the safety hazards associated with rear seat lap belts was presented.

### Notice of Proposed Rulemaking (Docket 69-7, Notice 6:35 FR14941), September 25, 1970

1970    NHTSA issued FMVSS 210 with the purpose of extending the requirements to multipurpose passenger vehicles, trucks, and buses, and to clarify the language of the standard. In S4.1.1 it stated "Seat belt anchorages for a Type 2 seat belt assembly shall be installed for each forward facing outboard designated seating position...." And S4.1.2 stated "Seat belt anchorages for a Type 1 or Type 2 seat belt assemble shall be installed for each designated seating position except a passenger seat in a bus or a designated seating position for which a Type 2 seat belt assemble are required by S4.1.1" The effective date was January 1, 1971 for passenger cars.

### FMVSS 210, S4.1.1 (35 FR 15293), October 1, 1970

1971    Australia requires that all new cars be equipped with lap/shoulder belts in outboard positions, both front and rear.

1971    Lap and shoulder belts provided at the rear outboard positions in GM-Holden vehicles sold in New Zealand and Australia.

### 1971 HQ Holden Service Manual

1971        "Transection of the Common Bile Duct and Pelvi-Ureteric Junction Due to Seat Belt," The Journal of Trauma, 11:266-269 (1971).

1971        In the Abstract to the article: "Lap-Shoulder belts, although infrequently used by vehicle occupants, are demonstrating a remarkably high reduction of injury in collisions where they are used ... 99 percent of the lap-shoulder belt users either had no injury or only minor injury."

> **Nelson, W.D., (Safety Research and Development Laboratory, Engineering Staff, General Motors), "Lap-Shoulder Restraint Effectiveness in the United States," SAE Automotive Engineering Congress, Detroit, Michigan, SAE Paper No. 710077, 1971**

1971        "Without question, lap and shoulder belts are effective. The big problem is that many people never use them. Only about 30 percent of lap belts are ever used and about 4 percent of shoulder belts are ever buckled...public apathy toward seat belts is the real reason behind this planned move toward the far more expensive and complicated passive restraints."

> **Campbell, D.D., "Progress in Areas of Public Concern: Passive Restraints," General Motors Proving Ground, February, 1971**

1971        "The Nature of Seat Belt Injuries," The Journal of Trauma, 11:3:207-218 (March, 1971).

1971        NHTSA publishes a "final rule" in the May 1970 docket which omits the rear lap-shoulder belt requirement. Manufactures are required, however, to provide "anchorage points" to accommodate such belts for motorists wishing to install them.

> **"Rear-Seat Lap-Only Belts: Still Standard In U.S. Cars," March, 1971**

1971        "Seat Belt Injuries of the Spine and Abdomen," American Journal of Roentgenology, 3:4:833-843 (April, 1971).

1971        "The Roentgenographic Appearance of Transverse or Chance Fractures of the Spine: The Seat Belt Fracture," American Journal of Roentgenology, 3:844-849 (April, 1971).

1971        The NHTSA published an amendment to FMVSS 210 for S4.1.1 "Seat belt anchorages for a Type 2 seat belt assemble shall be installed for each forward facing outboard designated seating position in passenger car, and for each designated seating position for which a Type 2 seat belt assembly is required by FMVSS 208 in vehicles other than passenger cars."

**Amendment to FMVSS 210, S4.1.1, May 29, 1971 (36 FR 9869)**

1971    "Seat Belt Trauma of the Colon," The American Journal of Surgery, 122:683-685 (November, 1971).

1972    Volvo provides 3-point belts in the rear outboard seating positions of oists vehicles as standard equipment.

**Volvo letter to NHTSA, July 28, 1987**

1972    NHTSA issued FMVSS 210, which requires the manufacturers to provide an anchor point in the rear outboard positions of their cars so that consumers can add after-market shoulder belts.

**Federal Register Notice, Docket 3, February 3, 1967 (from NTSB, Performance of Lap Belts in 26 Frontal Crashes, NTSB/SS-86/03, 1986)**

1972    In a SAE article, the hazards associated with seat belts, as well as design alternatives to reduce or eliminate these hazards, were discussed. This article referred to studies performed in the time frame of the 1960s. Clearly noted in this report is a chart that indicates an increase in injuries with the lap-belt-only when compared to a combination lap/shoulder belt. Most notable of the lap belt injuries in this chart are those to the abdominal and intra-abdominal region. Head injuries occurred only to the lap-belted subjects within this study and resulted from contact with the car interior.

**McElhaney, J., et al., Highway Safety Research Institute, and Shelton, W., et al., Ford Motor Company, "Biomechanics of Seat Belt Design," SAE Paper No. 720972, 1972**

1972    Australia becomes the first country to require the use of seat belts.

1972    "Seat Belts and Intra-Abdominal Trauma: Report of Two Unusual Cases," The Journal of Trauma, 12:1:85- 90 (January, 1972).

1972    "Bowel Injuries from Automobile Seat Belts," American Journal of Surgery, 123:312-316 (March, 1972).

1972    1972 federally mandated seat belt restraint system cost $15.57

1973    A University of Rochester report which reviewed a representative sampling of such published case histories, over 50% were found to have suffered lumbar spine injuries, and approximately 25% suffered intra-abdominal injuries.

**Williams, J.S., Department of Surgery, University of Rochester School of Medicine, "The Nature of Seat Belt Injuries", SAE Paper No. 700896, 1970**

1973    "The Mechanism of Injury in Blunt Abdominal Trauma," The Journal of Trauma, 13:11:962-970 (1973).

1973    "Seat Belt Abdominal Wall Muscular Avulsion," The Journal of Trauma, 13:262-267 (1973).

1973    "Diaphragmatic, Visceral, and Somatic Injuries," New York State Journal of Medicine, pp. 577-580 (February 15, 1973).

1973    General Motors concluded that "...lap belt alone does little to reduce head and torso accelerations the occupant experiences during frontal impacts, and is less than half as effective as the other systems [which includes the combination lap and shoulder belt]."

**Wilson, R.A., et al., General Motors Corp., "Restraint System Effectiveness - A Study of Fatal Accidents", Automotive Safety Seminar, June 1973**

1973    Seven hundred and six fatalities in 1967 through 1972 passenger cars were studied to examine, on a case-by-case and occupant-by-occupant basis, the fatality reduction potential of the four restraint systems: lap belt, lap and shoulder belt, air bag, and air bag with lap belt. The results were that if all fatalities had been wearing a lap belt, 17% could have been saved, and if all of the fatalities had been wearing a lap and shoulder belt, 31%  could have been saved.

**Wilson, R.A., and Savage, C.M., Safety Research and Development Laboratory, GM Environmental Activities Staff, "Restraint System Effectiveness - A Study of Fatal Accidents," Proceedings of the Automotive Safety Engineering Seminar, sponsored by the Automotive Safety Engineering Environmental Activities Staff of General Motors Corporation, June 20-21, 1973**

1973    "Intestinal Stenosis Following Seat Belt Injury," Journal of Pediatric Surgery, 8:4:549-550 (August, 1973).

1973    "The Seat-Belt Syndrome," British Journal of Hospital Medicine, (August, 1973).

1973    "Seat-Belt Injuries of the Left Colon," The British Journal of Surgery, 60:9:49-673-675 (September, 1973).

1973          "...vehicle crashes strongly indicate head protection as the main objective in the restraint of children ... To achieve the objective, a child restraint must: ... Distribute deceleration forces across appropriate parts of the child's body."

> **Herbert, D.C., et al.,   Traffic Accident Research Unit, Dept. of Motor Transport, New South Wales, Australia, "Evaluation of Australian Child Restraints," SAE Paper No. 730972, 1973**

1973          Quoting Wilson/Savage: "If a lap and shoulder belt combination had been worn by the occupants, 31 percent of those killed would have survived. Lap belts would have saved 17 percent." Being quoted by Secretary of Transportation, September 14, 1973.

1973 October   "Spinal Cord Injuries and Seat Belts," The Medical Journal of Australia, 2:801-806 (October, 1973).

1973 Oct 10   A 1969 paper by Burdie, as well as other works on the same subject, points out the danger of a lap-belt-only restraint used in conjunction with the child due to the lack of development of the iliac crest on the child's pelvis. Because the child's pelvis is incompletely developed relative to the adult pelvis, the iliac crest does not provide the foundation for total body support as is generally given by larger, more developed bone structure found in the adult. Burdie also suggested that restraint loads be distributed widely over the chest because of the extreme flexibility of the child's thorax and hence the vulnerability of the internal thoracic organs to non-penetrating compression injuries "...the iliac crest has not developed and therefore doesn't provide as good a load bearing structure for a child as for an adult. Therefore, in an accident there is a strong tendency for the lap belt to ride off the pelvis and into the abdominal region, which can be very dangerous."

> **Stalnaker, R.L., Highway Safety Research Institute, "Dynamic Performance of Child Restraint Systems," October 5, 1973**

1973          A study of tow-away frontal impact accidents in Washtenaw County, Michigan, "...clearly indicates that the occupants with torso restraints were much less likely to have been severely or fatally injured than those with lap belt only."

> **Shortridge, R.M., Highway Safety Research Institute, The University of Michigan, "A Comparison of Injury Severity Patterns For Unrestrained, Lap Belted, and Torso Restrained Occupants In Automobile Accidents" Proceedings of the 17th Conference of the American Association For Automotive Medicine, November 14-17, 1973**

1974      Lap and shoulder belts provided at the rear outboard positions in GM-Holden vehicles sold in New Zealand and Australia.

**HJ Holden and Statesman Holden Service Manual, 1974**

1974      "The effectiveness of standard three-point restraints has been reviewed in detail elsewhere. Recent studies in Sweden (Baskstrom, Bohlin) and in France (Terriere) confirm that conventional three-point belts prevent at least 55 percent of all serious and fatal injuries to front seat occupants. It is suggested that three-point belts in rear seats would be somewhat more effective than in the front because of the lower frequency of intrusion into the rear seating space. Lap belts in the rear are assumed to have one-half the effectiveness of three-point systems at 30 percent."

**Mackay, Murray, "Technical Aspects of Road Safety: Some Cost Benefit Consideration of Car Occupant Restraint Systems," page 4.4, 1974**

1974      "Injuries Peculiar to Traffic Accidents: Seat Belt Syndrome, Laryngeal Fracture, Hangman's Fracture," Texas Medicine, 70:77-83 (1974).

1975      GM's European subsidiary, Opel AG, provides lap/shoulder belts in the rear seats of cars sold in Sweden.

**"Reducing the Risk," The Wall Street Journal, August 24, 1990**

1975      The University of Michigan reported that "fully restrained occupants had a greater probability of receiving fewer injuries than lap-belted occupants," and "...the rate of face injuries with full restraints was half the rate of lap-belt-only occupants."

**Marsh, J.C., et al., Highway Safety Research Institute, University of Michigan, "Injury Patterns by Restraint Usage in 1973 and 1974 Passenger Cars", SAE Paper No. 751143, 1975**

1975      "...submarining or submarining-similar motion sequences are an important problem now. This type of motion produces injuries which are undoubtedly avoidable by using current technical resources." This report proposes using seat design to restrain and control the kinematics of the pelvis to minimize submarining.

**Adomeit, D., and Heger, A., "Motion Sequence Criteria and Design Proposals for Restraint Devices in Order to Avoid Unfavorable Biomechanic Conditions and Submarining", SAE Paper No. 751146, 1975**

1976 "In terms of effectiveness lap-shoulder belts in a 40 mph barrier equivalent frontal accident, we can observe that Prof. Patrick, of Wayne State University, has estimated that 50 percent of those persons in barrier equivalent accidents of 45 mph will not receive serious injuries. This would indicate a very high probability of survival in a 40 mph barrier equivalent frontal accident using a lap-shoulder belt."

**Letter from Jerold W. Scheel, GM Automotive Safety Engineering, to Mr. Cline Frasier, Manager of Applications, U.S. Department of Transportation, April 30, 1976**

1976 "Spines and Seat Belts: Mechanisms of Spinal Injury in Motor Vehicle Crashes," Medical Journal of Australia, 2:411-413 (September, 1976).

1977 "A survey carried out by Volvo in 1977 showed, however, that there was nothing to indicate that children wearing seat belts [lap/shoulder belts] would suffer more frequent or more severe injuries than adults wearing seat belts."  The survey also showed that the belt has a protective effect on children wearing it. Volvo was able to issue new recommendations in 1978 as to how children should travel in cars. These recommendations were confirmed two years later by the National Swedish Road Safety Office and are still in force today: belt age (approx. 10-14 years) - Three-point belt. Front seat or rear seat

**Norin, H., Carlsson, G., and Korner, J., Volvo Car Corporation, "Seat Belt Usage in Sweden and Its Injury Reducing Effect," SAE Paper No. 840194, 1984**

1978 Lap and shoulder belts provided at the rear outboard positions in GM-Holden's Commodore VB Series vehicles sold in New Zealand and Australia.

**Holden Commodore VB Series Service Manual, 1978-1980**

1978 "Lap belts - the potential effectiveness of the lap belt system is the lowest of all systems... For lap belts the average effectiveness is 12.8%; for lap shoulder belts the average is 32.1% effectiveness."

"Assuming 100% usage, our lap belt effectiveness is only one-third that of NHTSA."

**Huelke, Sherman, and Murphy, University of Michigan, "Estimates of Current and Future Restraint Effectiveness in Fatal Automobile Crashes: Appendix A," February 2, 1978**

1979 GM's European subsidiary, Opel AG, provides lap/shoulder belts in the rear seats of cars sold in West Germany.

**"Reducing the Risk," The Wall Street Journal, August 24, 1990**

1979    All cars sold in Germany are now equipped with rear seat lap/shoulder belts. Note: There was no law or regulation requiring use of rear seat shoulder belts.

1979    101 front seat occupant fatalities in 80 crashes occurring between January 1, 1973 and December 31, 1977 were reviewed. In the section entitled "Restraint Effectiveness" it is stated that "...The potential effectiveness of the lap belt restraint system is rated the lowest of all the systems...the range of probable effectiveness for lap belts is 9.2-15.9 percent (average 12.8 percent)." As to lap/shoulder belts "..the range of potential effectiveness is 30.6-32.4 percent (average 32.1 percent)."  In comparing the authors' data with that from the Federal Government, "...assuming 100 percent usage, our lap belt effectiveness is only one-third that of NHTSA's. Assuming 100 percent usage, our lap/shoulder belt effectiveness is 53 percent of the NHTSA estimate." Having cited other studies, the authors conclude that "all of these studies are in relative agreement: they generally indicate an effectiveness estimate of the lap/shoulder belt system twice that which we have in our current study."

> **Huelke, et al.,"Effectiveness of Current and Future Restraint Systems in Fatal and Serious Injury Automobile Crashes," SAE Paper No. 790323, 1979**

1979    NHTSA performed a 35 mph frontal barrier NCAP crash test with a 6-year-old representative dummy in the right rear passenger position of a 1980 Chevy Citation. The 6-year-old dummy experienced a Head Injury Criteria (HIC) of 1450. This significantly exceeds the FMVSS 208 HIC requirement of 1000 and indicates that a severe head injury is likely.

> **June 12, 1979**

1979    Author discusses the need to look beyond the numbers recorded by the test dummy and discussed performing a "kinematic evaluation." This is due to the need to consider "the manner in which the restraint system introduces its forces into the occupant's body, and on the manner in which seat and seat belt interact."

> **Adomeit, Dieter, Institute for Automotive Engineering, Technical University, Berlin, Seat Design--A Significant Factor for Safety Belt Effectiveness, presented at the 23rd Stapp Car Crash Conference, Society of Automotive Engineers, Warrendale, PA, Publication #791004.**

1980        "Restraint by only a lap belt resulted in the dummy's upper body rotating about the lap belt and continuing in the direction of sled deceleration. Restraint by a lap-shoulder belt greatly reduced upper-body displacement."

> **Horsch, J.D., Biomedical Science Department, General Motors Research Laboratory, "Occupant Dynamics as a Function of Impact Angle and Belt Restraint," 24th Stapp Car Crash Conference, SAE Paper No. 801310, 1980**

1980        "If the lap belt angle is too small, the belt can tend to slip over the iliac crests of the pelvic bone, allowing the pelvis to rotate under the belt. The inertial load of the hips and thighs tend to pull, submarine, the lower torso under the belt. Lower torso restraint is then accomplished through the lap belt loading of the soft abdominal portions of the body, possibly causing visceral injury in addition to the spinal injury illustrated in Figure 49. To counteract the tendency for submarining the lap belt angle can be increased. ...In order to avoid the increased possibility of both spinal and abdominal injury, a properly designed restraint system should not allow submarining to occur. ...the vertical angle between the lap belt centerline and the buttock reference line should not be less than 45 degrees and should not exceed 55 degrees as shown on Figure 50(a)..."

> **USARTL-TR-79-22D, "Aircraft Crash Survival Design Guide Volume IV - Aircraft Seats, Restraints, Litters, and Padding," Final Report, June 1980**

1980        "Restraint by only a lap belt resulted in the dummy's upper body rotating about the lap belt and continuing in the direction of sled deceleration. Restraint by a lap-shoulder belt greatly reduced upper-body displacement."

> **Horsch, J.D., Biomedical Science Department, General Motors Research Lab, "Occupant Dynamics as a Function of Impact Angle and Belt Restraint," SAE Paper No. 801310, 1980**

1980        The Road and Motor Vehicle Safety Branch in Canada concluded that installation and mandatory use of three-point belt assemblies by rear occupants would be the necessary solution to the problem of rear-occupant contact with the front-seat back.

> **Dalmotas, D., Vehicle Systems Division, Road and Motor Vehicle Safety Branch, Canada, "Mechanisms of Injury to Vehicle Occupants Restrained by Three-Point Seat Belts," 24th Stapp Car Crash Conference, SAE Paper No. 801311, 1980**

**Norin, H., Carlsson, G., and Korner, J., Volvo Car Corp., "Seat Belt Usage in Sweden and Its Injury Reducing Effect" SAE Paper No. 840194, 1984**

1980    "...your most basic trust is to the people who use your automobiles and trucks. Not only do they depend on these vehicles for their transportation needs, but their very life and limb frequently depends on the quality of the safety performance you design into them...Our Federal Safety Standards are and were intended by Congress to be minimum standards. The tragedy is that many manufacturers have treated the standards more like ceilings on safety performance rather than floors from which to improve safety.... In a section entitled "Improved Occupant Crash Restraints" it is stated that "rear seat three-point belt should be offered for additional protection to rear seat occupants. They have been offered by Volvo, Mercedes, and a few others for many years as standard equipment." It is further stated that "...inadequate attention is paid to the comfort and convenience of seat belts. Agency studies on the comfort and convenience of safety belts show that many current safety belts tend to discourage rather than encourage usage. The manufacturers can and should build easier to use and more comfortable belt systems using the numerous techniques available to automotive designers."

**Letter from Joan Claybrook, NHTSA Administrator, to the executives of major auto companies, November 29, 1980**

1980    In the section relating to child restraints and adult belts: "Noran Anderson reviewed accidents to 103 children in adult restraints. In this sample, only one child was less than the age of 5, two of age 6, and four were of age 7. Thus, 93 percent were 8 years of age or older. Their report concluded that the belted children are not injured more often or more severely than belted adults. In a further report, Noran concluded that adult belts are suitable down to the age of 7 years, possibly with the use of a booster cushion for those of smaller stature.

In the end of the paper, in the conclusion section, Mackay states: "When the system, that is the lap and diagonal belt, is subjected to the more severe pulses, the conclusion is that the abdominal insert showed no significant deformation with the lap-shoulder belt."  In the lap belt only tests "...the more severe ECE-16 pulse produced major deformation of the plasticene abdominal implant." Mackay further states that, "Thus the lap belt only configuration, when tested according to the two pulses applicable to the U.K. for child restraints, resulted in extensive forward movement well outside any SRDE with a substantial risk of head contact in 86 percent of current European vehicles on the front passenger seat as adjusted to its maximum forward condition."

**Roy, Hill and Mackay, "Some Limitations of Adult Seat Belts When Used to Restrain Child Dummies in Simulated Frontal Impacts," 1980**

1981      Toyota markets the Toyota Cressida in the US equipped with standard lap/shoulder belts in the rear outboard occupant seating positions.

1981 "With the inevitable increase in rear-seat occupancy resulting from downsizing of cars and increased exposure of rear-seat occupants to serious and fatal injuries, it appears prudent to install three-point rear-outboard seat belts and provide improved crash protection for rear seat occupants."

**Johannessen, G., and Regis V., "Rear Seat Occupant Protection," SAE Paper No. 810797, 1981**

**Smith, L., NTSB, "Crash Protection For Rear Seat Occupants," SAE Paper No. 870479, 1987**

1981      "...as can be seen in Table four, the data from a study of two different types of crashes, frontal and rollover, indicate that lap belt/shoulder belt would reduced the fatalities by 77-91 percent and reduced the more serious injuries by approximately 50 percent. Those wearing lap shoulder belts would have an increase of no injuries by about 50 percent." In another paragraph it is stated that "...also in frontal and rollover crashes, there is a substantial reduction in the frequency of the more serious injuries to those occupants who are wearing lap shoulder belts. In the frontal crash, the more serious head injuries were reduced by 71 percent. There were no occupants with the more serious injuries in the neck region. The more serious injuries to the arms and to the legs were reduced by 81 percent. The chest area shows the lowest reduction of the more serious injuries by 26 percent. In the abdomen, there was a reduction of 61 percent in the more serious injuries by the use of lap shoulder belts."

**Huelke, D., "Effectiveness of Occupant Restraints in Reducing Serious Injuries and Fatalities," International Symposium on Occupant Restraints, Toronto, Canada, sponsored by the American Association for Automotive Medicine (AAAM) and the Ministry of Transportation for Canada, 1981**

1981      "...without intrusion or some other compromising factor, seat belts do not of themselves cause life-threatening injuries." Mackay goes on to state "...some early designs of seat belts in frontal collisions were also found to generate abdominal injuries. This was described as a submarining effect where the lap section of the seat belt rises above the iliac crest and applies a blunt but large load to the abdomen, leading to tears in the bowel and the mesentery and

occasional injuries to the spleen and liver. Such injuries were associated with belts which had poor anchorage geometry and a construction which allowed adjustment to the buckle position relative to the inboard anchorage point. With the advent of fixed inboard buckles, preferably anchored to the seat, submarining injuries have diminished greatly." Mackay's statements continue "...even when wearing a seat belt correctly, it is common for front seat occupants to make contacts with their knees or face area on the instrument panel during the frontal crash in European cars. In the case of rear seat passengers using seat belts, no such structures exist to restrain in the lower limits because front seats, under collision conditions, deform very substantially under like loads. In addition, in current cars, the geometry of rear belt installations is often less favorable than in the front. With the wider adoption of seat belts, it is possible that abdominal injuries will emerge as a factor in severe crashes in the future."

> **Mackay, M., "Seat Belts in Europe: Their Use and Performance in Collisions: Effectiveness of Seat belts," International Symposium on Occupant Restraints, Toronto, Canada, sponsored by the American Association for Automotive Medicine (AAAM) and the Ministry of Transportation for Canada, 1981**

1981    "Early in the history of seat belts, it was suggested that they could cause serious neck injuries. These reservations appear to be based on accounts of collisions involving single diagonal belts and ejection. There are very few cases in the literature sufficiently well documented to suggest that even without a head contact, neck injury can occasionally be generated by a seat belt. ...It seems clear that although instances do arise when neck injuries occur with belt use, they are generated under quite exceptional circumstances where the specifics of the collision, the geometry of the seat belt, the stature of the wearer, and the specific tolerance of his neck to flexion, combined together in some critical manner, pre-existing survival spondylolysis is probably important."

> **Mackay, M., "Neck Injuries with Seat belt Use," International Symposium on Occupant Restraints, Toronto, Canada, sponsored by the American Association for Automotive Medicine (AAAM) and the Ministry of Transportation for Canada, 1981**

1981    "In 1972 Volvo made a special analysis of child safety and found that the adult belt used by children younger than 15 years gave an injury frequency reduction of 44 percent and turned the injury seriousness from fatal to moderate."

And further, the result summary also shows that the rear seat belt reduces primary head injuries to both adults and children. On adults they are decreased by 41 percent, from 17 to 10. For children, the head injury frequency was

drastically cut from 17 percent to 3 percent. "...Thus, the belts in the rear seats are as needed and motivated as the belts in the front seat."

**Nils Bohlin (Volvo) article, 1981**

1981    "Seat Belt Syndrome," A Presentation to the 48th Annual Meeting of the American Academy of Orthopedic Surgeons, Las Vegas, Nevada, reported in Orthopedics Today, 1:1:35-36 (May-June, 1981).

1981    The authors discussed their beliefs that downsizing of cars for improved fuel economy and increased car pooling to achieve energy consumption will result in greater numbers of rear seat occupants. "An improvement in rear seat occupant protection could be achieved by the installation of full three-point lap/shoulder belts in place of the lap belts currently installed..." The authors note that the 1981 Renault 18i and the 1981 Toyota Cressida have lap/shoulder belts in the rear seats.

**Johannessen, H., and Pilarksi, R., "Rear Seat Occupant Protection," Passenger Car Meeting held in Dearborn, Michigan, SAE Paper No. 801797, 1980**

1981 Jun 12    "...the lap belt focuses the collision forces on the pelvis and lower part of the torso producing abdominal and lumbar injuries ... passengers sitting in the back seat and wearing the lap belt sustain the kind of injuries that used to be seen among front seat occupants before the three-point lap-and-shoulder harness came into general use."

**Ibrahim, Dr. K.N., Assistant Professor of Orthopedic Surgery at Loyola University, "Lap Seat Belts Useful But Can Injure Children." JAMA Medical News. (Refers to presentation on "Seat Belt Syndrome" to the American Academy of Orthopedic Surgeons), 1981**

1981    "...means of preventing submarining should be incorporated in the restraint system ...The design characteristics of a restraint system influencing the occurrence of submarining have been discussed by States 1980 and Adomeit 1975 and 1979. Both promote a stiffer seat than is normally used with a thin comfort padding at the forward part of the seat and a stiff energy-absorbing structure below this ...The results in the test series proved the effectiveness of the rigid type seat in combination with a three-point retractor belt, both regarding injury criteria and submarining."

**Lundell, B., Mellander, H., and Carlsson, I., Volvo Car Corp., "Safety Performance of a Rear Seat Belt System with Optimized**

**Seat Cushion Design," Passenger Car Meeting, June 8-12, 1981, SAE Paper No. 810796, 1981**

1982    1. "Few, if any occupants, who sustained abdominal injuries during the course of a collision, do so through a process labeled submarining."

2. "Poor seat belt geometry set up the occupants in specific cars to sustain an abdominal injury."

3. "An attempt should be made to redesign seat belts so that it is more difficult to use them incorrectly."

**Gallow, Laurent, and Newman, "Abdominal Injuries to Restrained, Front- Seat Occupants in Frontal Collisions," 26th Proceedings of the AAAM, Ontario, Canada, 1982**

1982    "Distraction Fractures of the Lumbar Spine," British Journal of Bone Joint Surgery, 64:50-525 (1982).

1982    "Gastric Rupture Due to Seat Belt Injury," British Journal of Surgery, 69:436-437 (1982).

1982    "...the only real innovators are the car designers. They are the best equipped to actually solve the problem of crashworthiness, and the only thing legislation can do is reflect society's concerns for the issues in a general manner."

"Firstly, although the intent of standards is only to fix minimum criteria, the reality is that once a standard is fixed, everyone designs down to that level."

"The industrial position, of course, also bears examination. The conditioned response for some years now of major American car manufacturers to yet another piece of rulemaking from Washington has been to go out and hire a hundred lawyers and fight it."

**Mackay, M., "Reducing Car Crash Injuries: Folklore, Science and Promise?" page 12, 1982**

1982 Dec 14    Letter in which it was stated that "...we are concerned about the safety of the full range of the traveling population. Families, car pools, and other shared rides do find adults in the rear seat. For the benefit of these passengers and possibly even those in the front seats, lap/shoulder belts should be available in outboard rear seating positions." The letter goes on to state that "although rear seat shoulder belt anchor points are required to exist, in practice the aftermarket equipment is either not available or a very inconvenient design, and installation is nearly if not completely impossible. Even those of us who would go to the effort have found the obstacle too great. Increasingly, however, foreign

manufacturers are recognizing that rear seat, three-point harnesses are important enough to install as standard equipment." Finally, the authors state: "Please consider this letter a formal petition to amend FMVSS 208 to require three-point harnesses as standard equipment in rear seat outboard seating positions."

**Letter from Kathleen Weber and John W. Melvin, University of Michigan Transportation Research Institute, to Raymond A. Peck, Jr., NHTSA Administrator, December 14, 1982**

1983      Toyota markets the Camry in Germany equipped with standard lap/shoulder belts incorporated into the rear outboard seating positions.

**1983 Camry German Sales Brochure**

1983 Nov   "Changing Trends with Abdominal Injury in Seat Belt Wearers," Journal of Trauma, 23:99-100 (November, 1983).

1984 Feb    "Lap Belt Injuries," Canadian Medical Journal, 130:349-350 (February, 1984).

1984      Remarks compiled into a booklet entitled "Advances in Belt Restraint Systems, Design, Performance, and Usage," page 155: "Seat Belt Benefits: in general, there was little debate over the actual effectiveness in belts in that their widespread use by a minority for many years had put aside the misconceptions of entrapment, being saved by being thrown clear, drowning, fires, and the idea that seat belts break necks. The technical estimate that a seat belt may actually make matters worse was given as occurring in approximately one injury-producing collision out of 5,000." The chairman of the meeting was David Viano, and co-organizers included Mackay, Huelke, Melvin, etc.

**Mackay, M., "Legislation for Seat Belt Use in Britain," International Congress and Exposition in Detroit, Michigan, February 24-March 2, 1984**

1984      "The protection provided by the safety belt and particularly by the three-point belt is no longer disputed over the world." The aim of the paper is to evaluate the effectiveness of improvements such as integration of anchorage points to the seat, retractors with a weapon clamp or with a pre- loader on inflatable belts.

**Viano, D.C., "Advances in Belt Restraint Systems - Design, Performance and Usage," SAE Paper No. 840333, 1984**

1984 Sep.   Ford markets the European-built Ford Merkur XR4Ti in the US.  The car is equipped with lap/shoulder belts as standard equipment in the rear outboard seating positions.

**Article, "Car and Driver" magazine, September 1984**

1984 Sep.     University of Michigan researchers state that children with sitting height as low as twenty inches can be properly restrained in a lap/shoulder belt.

> **Weber, K., and Melvin, J.W., "Dynamic Testing of Innovative Solutions to Child Occupant Protection Problems", University of Michigan Transportation Research Institute, Ann Arbor, MI , 1984**

1986 March    "Lap/shoulder belts provide superior crash protection to that of lap belts alone, and present a significantly lesser risk of induced injury; such systems appear to work effectively even for children....early action should be taken by the motor vehicle industry to provide aftermarket retrofit assemblies to convert lap-only belts to lap/shoulder belts....for newly manufactured passenger vehicles...all rear outboard setting positions should be equipped with integrated, continuous loop, self storing lap/shoulder belts."

> **National Transportation Safety Board, "Performance of Lap Belts in 26 Frontal Crashes," NTSB/SS-86/03, 1986**    1986 Jun 6
> "Recent GM studies have now confirmed that lap/shoulder belts offer the rear-seat occupant the best protection."

> **GM Press release from General Motors Chairman Roger Smith, June 6, 1987.**

> **Cited in "The slow death of lap-only seat belts", Trial, November 2006.**

1987          In an article dealing with three-point restraints and child seats, the authors concluded, "Severe neck and abdominal injuries caused by booster cushion use or seat belt use are almost non- existent among children in Volvo accident material."

> **Carlsson, G., et al., "The Child in the Volvo Car", 11th Experimental Safety Vehicles Conference, Washington, DC, 1987**

1987          This paper notes that rear-seat lap-belts reach their limit of benefit in crashes of the most severe 2-3 percent that occur on the highway. For lap/shoulder belts, the limit appears to be higher. In the Summary Conclusion section, the author states that, "The data are thus consistent with the idea that lap/shoulder belts in the rear seat would provide increased protection beyond that now afforded by lap belts alone."

**Campbell, B.J., "The Effectiveness of Rear-Seat Lap-Belts in Crash Injury Reduction",  SAE Paper No. 870480, 1987**

1987       "This project has shown that it is possible to install a three point retractor belt for the rear centre seating position in a sedan car."

**Karlbrink L, Mellander H., "A Three Point Belt in the Rear Centre Seating Position as Accessories"' SAE Congress and Exposition, SAE 870483, SAE International, Warrendale, PA, USA, 1987**

1987       The average effectiveness [in preventing fatal injuries] of rear lap belt restraints was estimated as (18 ± 9)%, compared to (41 ± 4)% for front lap/shoulder restraints. While the results indicate that effectiveness for rear lap belts is lower than for front lap/shoulder belts, the rear seat estimate suggests that there is a 39 in 40 chance that rear seat restraints reduce fatality probability.

**Evans L, GM Research Laboratories, "Rear Compared to Front Seat Restraint System Effectiveness in Preventing Fatalities", SAE Paper No. 870485.**

1987       "The superior crash performance of lap/shoulder belts, compared to lap belts, appears to have been well established for many years and is widely discussed in the literature…"

Paper provides overview of previous studies of the effectiveness of rear seat lap belts.

**Smith L, NHTSA, "Crash Protection for Rear Seat Occupants", SAE Paper No. 870479.**

1987 June   NHTSA issues an "Advance Notice of Proposed Rulemaking (ANPRM) to require rear-seat lap/shoulder belts in which it estimates that such belts would cost about $12 per car. But the agency says that a factor "mitigating the need for a new Federal requirement" is the voluntary installation of rear seat lap/shoulder belts in passenger cars by manufacturers … NHTSA believes it will be difficult to demonstrate that requiring installation of lap/shoulder belts would be cost effective."

1987 July 28   "The superior protection of lap/shoulder belts, compared to lap belts, appears to have been well established for many years and is widely discussed in the literature; it need not be discussed further here. Many foreign car models have offered rear seat lap/shoulder belts for some time -- Audi, BMW, Jaguar, Peugeot, SAAB, some VWs -- Volvo, Mercedes-Benz, and Rolls Royce for more than 15 years."

**Smith, L., National Transportation Safety Board, "Crash Protection for Rear Seat Occupants", SAE Paper No. 870479, 1987**

1987 July 28    W. Shapiro, Volvo, letter to NHTSA in response to Docket No. 87-08-N01, reports that Volvo has had 3- point belts in the rear outboard seating positions of their U.S. model cars since January 1972.

1987 July 31    R. Rogers, General Motors, letter to NHTSA in response to Docket No. 87-08-N01, states GM was "taking immediate steps to incorporate lap/shoulder belts as standard equipment in rear outboard designated seating positions (DSPs) on its North American-built passenger cars, light trucks and MPVs ... all models to be completed by the end of the 1989 model year barring unforeseen development problems."

1987 Nov       NHTSA opened docket 87-08 announcing an Advanced Notice of Proposed Rulemaking for requiring 3-point belts in the rear forward-facing outboard seating positions of motor vehicles.  This rule went into effect on December 11, 1989, for passenger vehicles (54 FR 25275), and on January 28, 1991, for convertibles, multipurpose passenger vehicles and light trucks (55 FR 146).

1987 Dec 1     "The Seat-Belt Syndrome," Canadian Medical Association Journal, 137:1023-1024 (December 1, 1987).

1988           "The Diagnosis and Treatment of Pediatric Lumbar Spine Injuries Due to Rear-Seat Lap Belts," Dennis L. Johnson, M.D. and Scott Falci, M.D.

1988           Ford markets the European-built Ford Merkur Scorpio in the US.  The car is equipped with lap/shoulder belts as standard equipment in the rear outboard seating positions.

**Information from web site www.frontiernet.net on 1988 & 1989 Scorpio specifications (data derived from Owner's Manual, Fleet Buyer's Guide and showroom brochures)**

1988 June      At the House Government Operations subcommittee hearings, a spokesman for the Motor Vehicle Manufacturers Association warns that if NHTSA attempts to adopt its proposed rear lap-shoulder belt standard, it could "...seriously delay some manufacturer's schedule for [voluntary] introduction  of such belts." Noting that U.S. car companies put rear lap/shoulder belts in European export models but not American models, the subcommitte chairperson says: "That's not fair. That's not right. That's not taking care of the safety of the American consumer. You're telling us all the time to buy American."

**"Rear-Seat Lap-Only Belts: Still Standard In U.S. Cars"** (1988 Jun 7

Rear seat shoulder belt rulemaking House Appropriations Committee is critical of NHTSA for not moving on this necessary and non-controversial safety improvement that will significantly enhance the safety of rear seat passengers, especially children according to committee report.

1988 Oct 31   The author of this report state that "...this report summarizes an unreported study conducted by the Biomedical Science Department in the 1970s related to belt slippage over the pelvis. It provides a kinematic viewpoint of the lap-belt slipping from a secure loading of the pelvis to directly loading the abdominal region." Under the Summary section, it is stated that "...abdominal loading by the lap-belt is sometimes observed in laboratory crash testing. The primary mechanism of abdominal loading occurs from slippage of the lap belt off the pelvis due to occupant dynamics and kinematics." In a portion of the report entitled "A Kinematic Viewpoint of Submarining" it is stated that "...the test results in analysis show that lap-belt slippage off the pelvis was associated with a large change in the lap-belt-to-pelvis angle between the initial position and that of submarining...submarining was strongly associated with rearward rotation of the pelvis and with the lap-belt angle becoming more horizontal. The critical belt-to- pelvis angle at which the belt will slip over the pelvis was demonstrated to depend on the coefficient of friction between the dummy and belt and speculated to depend on the amount of lifting of the lap-belt by the shoulder-belt. Thus submarining is influenced by: pelvic rotation, dynamic lap-belt angle, belt-to-pelvis friction, and lifting by the shoulder-belt." It is further stated that "...the dynamics of the frontal crash test results in changes of the belt and pelvic angular positions and tends toward a less favorable alignment of the belt and pelvis."

**Horsch, J.D. and Herring, W.E., GM Biomedical Science Department, "A Kinematic Analysis of Lap-Belt Submarining," Research Report BI-45, 1988**

1988 Nov 23   Institute for Injury Reduction (IIR) press release calls for automobile manufacturers and NHTSA to remedy two majors seat belt problems, namely, rear seat lap belts and window shade devices (TRD). The first problem "...expose passengers to the threat of severe or fatal belt-induced injuries to the spinal cord and abdominal organs."

1988 Nov 29   Notice of Proposed Rulemaking (NPRM) in Docket 87-08 of the Federal Register - to amend FMVSS 208 to require the incorporation of integral lap/shoulder belts in the rear outboard seating positions of passenger cars, effective September 1, 1989.

In a letter dated January 30, 1989, with which GM's comments were enclosed, Robert A. Rogers, Director, Automotive Safety Engineering, stated that, "GM supports the incorporation of lap/shoulder belts in rear outboard designated seating positions of passenger cars." In GM's comments, it was stated that both "ELRs and ALRs should be available for lap belt application." It is further stated that a majority of the rear lap/shoulder belts in GM passenger cars are of a single loop type employing a single ELR. It is further stated that "...GM agrees with the Agency conclusion that lap/shoulder belt combinations that are integral (non-detachable) is likely to result in higher usage rates than detachable lap/shoulder belts." (Page 7).

Finally, it is stated that "...there is uncertainty whether the proposal would offer older children the same incremental protection that would be afforded adult rear seat belt occupants." This uncertainty results from the recognized anatomical and biomechanical differences between adults and children (especially regarding head mass and iliac crest development). These differences lead GM to reiterate past recommendations that a child who can be accommodated by a child seat be transported only in it, and that for older children, the owner's manual instructions about the placement and use of lap/shoulder belts be followed." (Page 9).

| | |
|---|---|
| 1989 Jun 14 | NHTSA publishes rule requiring all new passenger cars to be equipped with lap and shoulder belts in rear outboard seating positions starting with the 1990 model year. |
| 1989 Nov 2 | NHTSA publishes rule requiring extending requirements of June 14, 1989 rule for all new passenger cars to be equipped with lap and shoulder belts in rear outboard seating positions to include convertibles, light trucks, multi-purpose vehicles, sport utility vehicles and small buses other than school buses. |
| 1989 | "The incidence of paraplegia has been lowered by seat belt use. Specific patterns of spinal injury have been repeatedly reported. The majority of early reports were of lumbar spine injuries in lap belt wearers. Chance (1948) first described a horizontal splitting fracture of the lumbar vertebrae involving the spinous processes and neural arch, but he did not discuss the mechanism of injury. Howland et al. (1965) first reported the occurrence of a similar fracture in relation to lap seat belt use. They suggested that this injury was caused by hyperflexion of the lumbar spine over a fulcrum provided by the belt." |

"Smith and Kaufer (1957 &1969) analyzed 24 lumbar spine injuries in lap seat belt wearers and demonstrated a type of injury involving osseous and/or ligamentous disruption of the posterior elements (i.e. posterior ligament and facet joint rupture) with longitudinal separation of these elements. Similar injuries have been repeatedly encountered but it is likely that their incidence is likely to be less now that lap-diagonal belts are used. The injury mechanism has

been described as a flexiondistraction stress produced by jack-knifing of the torso over the lap belt, unaccompanied by rotation. "

> **A. Banerjee, Seat belts and injury patterns: evolution and present perspectives. Postgrad Med J 1989 65: 199-204**

1991    "The Epidemiology of Seatbelt-Associated Injuries," The Journal of Trauma, 31:1:60-67 (January, 1991).

1993    "A substantial benefit may be gained by providing upper body restraint in the centre seat positions.... Replacing the lap belt with a lap-sash belt could be expected to eliminate about two thirds of the SBS [Seat Belt Syndrome] cases in occupants of the centre rear seat."

> **Lane J. C., The Seat Belt Syndrome In Children, Society of Automotive Engineers, SAE 933098, Child Occupant Protection, Warrendale, PA, pp 159-164, 1993.**

1994    "Compared to lap sash seat belts, the design of manual lap only belts allow:
- More excursion of occupants in crashes, particularly the head and upper torso
- Restraint forces to be concentrated in one body region

Lap only restrained occupants are subjected to a different pattern of injury than that suffered by lap sash restrained occupants in crashes.  This is characterized by high levels of severe head, spinal, and abdominal injury.

Lap only belts, although better than no restraint, provide inferior crash protection to car occupants compared to retractable seat belts.

The limitations of lap belts have been understood for almost as long as seat belts have been available in Australia.  The major reason that rule making has stalled in outlawing lap belts appears to be the perceived problem of finding an appropriate anchorage for sashes in the centre rear.  But even if there were problems in the past, it appears that a number of manufacturers have been able to overcome them. It follows that there is no reason all manufacturers of similar model vehicles can not do the same."

> **Brown, J., "An Overview of Manual Lap Belts in the Centre Rear," Lap Belt Safety proceedings of a conference held in Sydney, Australia, 9/7/94.**

1994    "Lap seat belt induced injuries are caused by flexion-distraction forces which result in tension failure of at least two and possibly all spinal column components. The seat belt acts as a fulcrum around which hyperflexion occurs

and contributes to localization of forces.  The thoracolumbar junction is the region of the spine at greatest risk for this type injury.  It is the first mobile area below the stabilizing influence of the rib cage, which increases the rigidity of the thoracic spine.  It is also a transition zone where the spinal curvatures reverse and the small posterior facet joints change their orientation."

"Intra-abdominal injury is commonly associated with this type of spinal injury. Craniofacial trauma is also frequently seen as a result of the victim's face and head striking the dash or seat in front of him as he is thrown forward around the belt."

> **Middleton, J., "Spinal Cord Injury Associated with Lap-Only Seat Belt Usage," Lap Belt Safety proceedings of a conference held in Sydney, Australia, 9/7/94.**

1994      "The centre rear seat (lap belt) carried about twice the risk of SBS [seat belt syndrome] as outboard rear seats (lap-sash belts)..."

> **Lane, J.C., "A Study of Seat Belt Syndrome in the Centre Rear Seating Position," Lap Belt Safety proceedings of a conference held in Sydney, Australia, 9/7/94.**

1994      "The evidence that lap sash belts provide reduced injury when compared to lap belts is overwhelming."

> **Judd, R., "Retrofitting of Lap Sash Seat Belts in the Centre Rear Seating Position," Lap Belt Safety proceedings of a conference held in Sydney, Australia, 9/7/94.**

1997      Cost quoted to retrofit rear seat shoulder belts into a 1988 Chevrolet Camaro according to Reedman Chevrolet, Langhorne, PA: Parts= $113/pair, Labor= Unknown, mechanic would need to inspect vehicle to estimate.

1999      This 1999 NHTSA report concludes that:
"The change from lap to lap/shoulder belts has significantly enhanced occupant protection, especially in frontal crashes."

"Lap/shoulder belts reduce the risk of both head and abdominal injuries in potentially fatal frontal crashes relative to lap belts only: head injuries by 47 percent and abdominal injuries by 52 percent."

NHTSA found that belt use was approximately seven to ten percent higher at rear outboard designated seating positions with a lap/shoulder belt than at ones with only a lap belt.

> **"Effectiveness of Lap/Shoulder Belts in the Back Outboard Seating Positions", NHTSA Technical Report DOT-HS-808-945, June 1999**

1999   With safety belts, you slow down as the vehicle does. You get more time to stop. You stop over more distance, and your strongest bones take the forces. That's why safety belts make such good sense. (page 1-13)

You can be seriously hurt if your shoulder belt is too loose. In a crash, you would move forward too much, which could increase injury. The shoulder belt should fit against your body. (page 1-18)

You can be seriously injured if you wear the shoulder belt under your arm. In a crash, your body would move too far forward, which would increase the chance of head and neck injury. Also, the belt would apply too much force to the ribs, which aren't as strong as shoulder bones. You could also severely injure internal organs like your liver or spleen. (page 1-20)

If you have the choice, a child should sit next to a window so the child can wear a lap-shoulder belt and get the additional restraint a shoulder belt can provide. (page 1-51)

> **2000 Pontiac Grand Am Owner's Manual, Part Number 22619480 A First Edition, Copyright General Motors Corporation, 1999.**

**1999**   **Subject center rear lap belt of the 2000 Pontiac Grand Am was manufactured by Takata Seat Belts Inc. (Date code 40A99)**

**1999 October**   **Subject 2000 Pontiac Grand Am was manufactured by General Motors Corporation**

2003 Aug 6   NHTSA published a notice of proposed rulemaking (NPRM) proposing to require lap and shoulder belts in all rear forward facing seating position in vehicle with gross vehicle weight rating of less than 10,000 pounds.

> **Federal Register, Volume 68, (68 FR 46546), Docket No. NHTSA–03–15817; Notice 1, August 6, 2003.**

2003 Oct 3   General Motors response to NHTSA NPRM to add requirements for center rear shoulder belts in vehicles. GM indicates that 63.6% of model year 2003 and 71.2% of model year 2004 GM passenger cars sold in the U.S. have center rear lap and shoulder belts.
No cost data was provided

> **Letter from Louis J. Carlin, Director, Safety Regulations and Consumer Information, General Motors North America to Stephen R. Kratzke, Associate Administrator for Rulemaking, NHTSA, Docket No. NHTSA–03–15817; Notice 9, October 3, 2003.**

2003 Nov 5    General Motors submits supplemental cost information related to integration of lap and shoulder belts in center rear of vehicles to NHTSA.
Only public information is cover letter, information is contained in Attachment A which is confidential and not in public docket.

> **Letter from Louis J. Carlin, Director, Safety Regulations and Consumer Information, General Motors North America to Stephen R. Kratzke, Associate Administrator for Rulemaking, NHTSA, Docket No. NHTSA–03–15817; Notice 16, November 5, 2003.**

2004 June    "…lap/shoulder belts have more benefits than lap belts because they are more effective and because they are used more than lap belts."

"Statistical analyses have shown that lap/shoulder belts are more effective than lap belts."

> **"Cost and Benefits Of Putting A Shoulder Belt In the Center Seats of Passenger Cars and Light Trucks", NHTSA Office of Regulatory Analysis and Evaluation, June 2004.**

2004 Dec 8    NHTSA adopts proposal to require all designated seating positions in rear seats, other than side-facing seats, be equipped with Type 2 integral lap/shoulder safety belts. The regulation would be phased in with all vehicles having to meet the requirements by September 1, 2007. In adopting new rule, NHTSA cites "increased benefits related to the additional protection afforded by the shoulder belt results in greater benefits than lap belts alone."

"NHTSA estimated that the net cost of installing the shoulder belt portion of a lap/shoulder belt in the inboard rear seat of a passenger car or LTV would average $15.41."

"The performance of shoulder only belts and lap only belts has historically proven to be problematic and is part of the reason we now require Type 2 belts."

> **Federal Register, Volume 69, (69 FR 70904), Docket No. NHTSA–03–18726, December 8, 2004.**

2007 Sep 1    Change in FMVSS 208 goes into effect requiring that "each passenger car shall have a Type 2 [lap and shoulder] seat belt assembly that conforms to Standard

No. 209 and to S7.1 and S7.2 of this standard at each rear designated seating
position, except that side-facing designated seating positions…"

> **Code of Federal Regulations, Chapter 49, section 571.208 Standard No.
> 208; Occupant Crash Protection, October 1, 2006.**

2007 Dec 20   **Date of subject crash in which Armesia Combs was restrained in the center rear
lap belt of a 2000 Pontiac GrandAm**